U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 16 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **OKECHUKWU MUMMEE AMADI** | : | **DOCKET NO. 2:06-cv-1138** |
| VS. | : | **JUDGE MINALDI** |
| J. P. YOUNG, ET AL. | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 16 day of March, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE